

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-18-00002-CR |
|  | § |  |
| State. | § | Appeal from the |
|  | § |  |
| v. | § | 171st District Court |
|  | § |  |
| ABRAHAM CONTRERAS | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 20160D06093) |
|  | § |  |

**O R D E R**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **June 13, 2018.** NO FURTHER REQUEST FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita D. Garcia, Official Court Reporter for the 171st District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before June 13, 2018

If the Reporters Record is not filed with this Court by June 13 ,2018, this Court will consider whether it is necessary to order the trial Court to conduct a hearing to determine why the record has not been filed.

IT IS SO ORDERED this 17thday of May, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.